In the Matter of the Claim of MARSHALL PAYN, Claimant. PHOENIX MUTUAL LIFE INSURANCE COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted May 24, 1945; decided July 19, 1945.

*Leo G. Fritz* and *Herbert F. Garrick* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Francis R. Curran* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.